**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**MATTHEW ALAN SAMUELS**                                        **PETITIONER**

**vs.**                                        **CIVIL ACTION No.: 3:20-CV-462-HTW-LGI**

**WARDEN MARCUS MARTIN**                                        **RESPONDENT**


**ORDER ADOPTING REPORT AND RECOMMENDATION**

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac **[Docket no. 17]**. In her Report and Recommendation, filed on July 28, 2023, Magistrate Judge Isaac recommended that Petitioner Matthew Alan Samuels's petition be dismissed for lack of jurisdiction. Magistrate Judge Isaac directed the parties to file any objections to her recommendation within fourteen (14) days. To date, no objection has been filed.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 17]**, this court finds it well-taken. Magistrate Judge Isaac carefully considered the submissions of the parties, the record, and relevant law, and crafted a well-versed Report and Recommendation. Therefore, this court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court.

IT IS THEREFORE ORDERED THAT the Petitioner Matthew Alan Samuels's Petition for Writ of Habeas Corpus [Docket no. 1] hereby is **DISMISSED** with prejudice for lack of jurisdiction.

**SO ORDERED this the 8th day of February, 2024.**


**/s/HENRY T. WINGATE**
**UNITED STATES DISTRICT COURT JUDGE**

1